**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LAVICIEIA STURDIVANT**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FINANCIAL RECOVERY SERVICES, INC.,** | ) | Case No. 1:10-cv-02572 |
| | ) | Judge William J. Hibbler |
| Defendant. | ) | |

**DEFENDANT'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES AND FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Financial Recovery Services, Inc. ("FRS") being a non-governmental party, by and through its undersigned counsel, hereby submits its Notification As To Affiliates pursuant to L. R. 3.2 and its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states FRS is not owned by any parent corporation and that it has no publicly held affiliates.

Dated: May 13, 2010

                                                Respectfully Submitted,

                                                /s/Michael S. Poncin
                                                One of the attorneys for Defendant

John K. Rossman
Michael S. Poncin
James R. Bedell
MOSS & BARNETT, PA
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

1597394v1