# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAVICIEIA STURDIVANT, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:10-cv-02572 |
| FINANCIAL RECOVERY SERVICES, INC. | ) STIPULATION OF DISMISSAL |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**KROHN & MOSS, LTD.**

Dated: July 12, 2010          By:_____/s/ Adam J. Krohn_____
                                                              [ ]Adam J. Krohn
                                                              [ ]Adam T. Hill
                                                              Attorneys for Plaintiff
                                                              Krohn & Moss, Ltd.
                                                              120 W. Madison Street
                                                              10th Floor
                                                              Chicago, IL 60602

**MOSS & BARNETT**

Dated: July 12, 2010          By:_____/s/ Michael S. Poncin
                                                              [ ] Michael S. Poncin
                                                              Attorney for Defendant
                                                              Moss & Barnett
                                                              4800 Wells Fargo Center
                                                              90 South Seventh Street
                                                              Minneapolis, MN 55402