**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Lavicieia Sturdivant
                                Plaintiff,

v.                                           Case No.: 1:10−cv−02572
                                                       Honorable William J. Hibbler

Financial Recovery Services, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 25, 2011:

      MINUTE entry before Honorable William J. Hibbler: Pursuant to stipulation, this case is dismissed with prejudice and without costs, disbursements or attorney's fees. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.